Clerk's Office
United States District Court
for the District of Columbia
Washington, D.C. 20001

March 29, 2006

Clerk's Office
United States District Court
for the Southern District of Georgia
125 Bull Street
Savannah, GA 31401

**CV606-041**

Re: 06cv0393 - CLARKE v. GEORGIA DEPARTMENT OF CORRECTIONS, et al.

Dear Clerk:

On February 10, 2006, this Court signed an order transferring the above-entitled case to your Court. Enclosed is a copy of that order together with certified copies of our electronic case file, and a certified copy of the docket entries.

Please promptly acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

Your attention to this matter is greatly appreciated.

Sincerely,

NANCY MAYER-WITTINGTON, CLERK

By _____

**RECEIVED**

APR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff  
Clerk

OFFICE OF THE CLERK  
P.O. Box 8286  
SAVANNAH, GEORGIA  31412

(912)650-4020

RE:  Jerome Clarke v. U. S. Department of Agriculture, et al.

### NOTICE TO ALL COUNSEL OF RECORD

The above-styled case was transferred to the Southern District of Georgia, Statesboro Division from:

United States District Court District of Columbia (Washington, DC)

The Civil Action Number assigned to this case is: CV606-041

The case was filed and docketed on April 3, 2006

and has been assigned to   Chief Judge William T. Moore, Jr.

DATE:  4/4/2006

cc:

USDC-Dist. of Columbia  
Jerome Clarke  
GDC2084959  
Georgia State Prison  
100 GA Hwy 147  
Reidsville, GA 30499-9701

SCOTT L. POFF, CLERK

BY: /s/ [signature]  
Deputy Clerk

**RECEIVED**

APR 7 - 2006

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT